# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PNC BANK, N.A.,

      Plaintiff,

v.                                                                                        Case No:  6:15-cv-859-Orl-40DAB

THE MONUMENT CENTRE, LLC,
BRIAN M. MARK and TANIA S. MARK,

      Defendants.
_____/

## ORDER

This cause is before the Court on PNC Bank N.A.'s Renewed Motion for Default Judgment on Complaint (Doc. 22) filed on March 10, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed July 27, 2016 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Default Judgment (Doc. 22) is **GRANTED**.

3.    PNC Bank is **DIRECTED** to submit a proposed final judgment consistent with Judge Baker's findings in the Report and Recommendation, with the current calculation of interest.  The proposed order shall be emailed in Microsoft Word format to chambers_flmd_Byron@flmd.uscourts.gov.

**DONE AND ORDERED** in Orlando, Florida on August 17, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties